**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRAVEL CADDY, INC. D/B/A TRAVELON, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLANO MOLDING COMPANY, LLC, a Delaware limited liability company, <br><br> Defendant. | ) Civil Action No. 1:15-cv-_____ <br> ) <br> ) The Honorable _____ <br> ) <br> ) Magistrate Judge _____ <br> ) <br> ) **COMPLAINT** <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) |

Plaintiff Travel Caddy, Inc. d/b/a Travelon ("Travelon") complains against Defendant Plano Molding Company, LLC follows:

## THE PARTIES

1. Travelon is a corporation incorporated under the laws of the State of Illinois with its principal place of business at 700 Touhy Avenue, Elk Grove Village, Illinois. Travelon is a leading provider of travel products and accessories.

2. Defendant Plano Molding Company, LLC ("Plano Molding") is a limited liability company organized under the laws of the State of Delaware with a principal place of business in this District at 431 E. South Street, Plano, Illinois. Plano Molding conducts business in Illinois and in this District including, without limitation, the location of its headquarters along with manufacturing and warehousing activities. Other business activities of Plano Molding within the District include marketing and promoting its products to consumers in Illinois and in this District through retailers in the District and through its interactive website at www.caboodles.com.

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue lies in this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) because Plano Molding resides in this District, has regularly conducted business in this District, is subject to personal jurisdiction in this District, and has committed acts of infringement in this District.

## FIRST CAUSE OF ACTION – INFRINGEMENT OF THE '486 PATENT

5. On May 9, 2006, U.S. Patent No. 7,040,486 ("the '486 patent") entitled, "COSMETIC AND UTILITY KIT" was duly and legally issued on an application filed on June 17, 2003. Travelon currently owns all right, title and interest in and to the '486 patent. A copy of the '486 patent is appended as Exhibit A.

6. Plano Molding has been and is infringing the '486 patent by making, using, offering to sell, selling and/or importing cosmetic kits incorporating the inventions patented in the '486 patent within the United States and within this District and by contributing to the infringement by others and/or by inducing others to infringe the '486 patent. Plano Molding's infringing products include the Plano Molding travel tote bag shown in the photographs in Exhibit B hereto, which is marketed as the Caboodles Curvalicious Curved Travel Tote, including, without limitation, Style/Model Nos. 5832-05 and 5832-06. Unless enjoined by the Court, Plano Molding will continue to infringe, contribute to the infringement of and/or induce the infringement of the '486 patent.

7. Plano Molding's direct infringement of the '486 patent, and/or inducement of or contribution to the infringement of others, has injured Travelon, and Travelon is entitled to recover damages adequate to compensate for such infringement pursuant to 35 U.S.C. § 284.

8. The infringement by Plano Molding will continue to injure Travelon unless the Court enters an injunction prohibiting further infringement of the '486 patent.

### PRAYER FOR RELIEF

WHEREFORE, Travelon prays for:

1. Judgment that the '486 patent is valid, enforceable, and infringed by Plano Molding;

2. A preliminary and permanent injunction enjoining Plano Molding, its officers, agents, servants, employees, subsidiaries and affiliated companies, and those persons acting in active concert or participation therewith, from engaging in the aforesaid unlawful acts of patent infringement;

3. An award of damages arising out of Plano Molding's acts of patent infringement, together with pre-judgment and post-judgment interest;

4. An award of Travelon's attorneys' fees, costs and expenses incurred in this action in accordance with 35 U.S.C. § 285; and

5. Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Travelon demands trial by jury of all issues triable of right by a jury.

Respectfully submitted,

Date: August 10, 2015  /s/Vance L. Liebman

Vance L. Liebman
Glenn A. Rice
Jeffrey D. Shelley
Funkhouser Vegosen Liebman & Dunn Ltd.
55 West Monroe, Suite 2300
Chicago, Illinois 60603
Telephone: (312) 701-6800
Facsimile: (312) 701-6801

Nancy R. Gamburd
Gamburd Law Group LLC
22 West Washington St., Suite 1500
Chicago, Illinois 60602
Telephone: (312) 399-9332
Facsimile: (312) 276-4176

***Counsel for Plaintiff Travel Caddy, Inc. d/b/a Travelon***